

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00180-CV

| | | |
|---|---|---|
| HARRIET NICHOLSON, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-286132-16) |
| V. | § | March 25, 2021 |
| HARVEY LAW GROUP; NATIONSTAR MORTGAGE LLC; RECONTRUST COMPANY, N.A.; AND THE BANK OF NEW YORK MELLON, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker